

Dear Clerk of Court,

Please accept the attached PRO SE EMERGENCY CIVIL RIGHTS COMPLAINT and accompanying documents for filing in the United States District Court for the Middle District of Florida, Fort Myers Division.

This filing is submitted by a pro se detainee, Rogelio Bolufe Izquierdo (A# 219 968 226), currently detained at Torrance County Detention Center, New Mexico, and by his Next Friend.

Electronic filing through CM/ECF is unavailable to the filer. This submission includes an Application to Proceed In Forma Pauperis.

The Complaint alleges ongoing constitutional violations, obstruction of access to courts, interference with legal mail, retaliation, and unlawful detention involving a private detention facility operating in Florida.

Because the violations are ongoing and time-sensitive, we respectfully request prompt docketing and judicial review.

Thank you for your assistance.

Respectfully,

HAYMEL DE LA VEGA
Next Friend for Rogelio Bolufe Izquierdo
HDELAVEGA@EJMINSURANCE.COM
7862905050