

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

ROGELIO BOLUFE IZQUIRDO,  A219 968226   )

Plaintiff,                                                                   )

                                                                                     )

v.                                                                                 )          Civil No._____

                                                                                     )

Torrance County Detention Center;
Torrance County;
CoreCivic, Inc.;
and John/Jane Does 1–50,
Defendants.                                                             )

_____ _)

**TABLE OF CONTENTS**

1. Cover Letter
2. Complaint for violations of civil rights
3. Motion to Proceed as Next Friend
4. Affidavit #1 of Haymel De la vega
5. Affidavit # 2 of Haymel De la vega
6. **Notice of Video Evidence and Witness Testimony** (with link)
7. Application to Proceed in Forma Pauperis / AO 240
8. **Application to proceed in forma Pauperis**
9. **Emergency motion for temporary restraining order.**
10. **emergency motion for access to courts, preservation evidence and temporary next friend standing**
11. Public letter and formal complaint
12. Public letter 12/22/2025
13. Facts occurring at Torrance county detention center 12/22/2025
14. Certification of translation
15. Exhibit Index
16. Written Exhibits (translated letters, witness lists, grievances)

# EXHIBIT INDEX

- **Exhibit B** – Detainee grievance forms and complaints (English translations)

EXHIBITS B:

EXHIBIT B1-DETAINESS FROM ICE 81

EXHIBIT B1T- TRANSLATION FOR EXHIBIT B1

EXHIBIT B2- COMPLAINT LETTER FROM ROGELIO BOLUFE

EXHIBIT B3- COMPLAINT LETTER FROM ROGELIO BOLUFE

EXHIBIT B3T- TRANSLATION FOR EXHIBIT B3

EXHIBIT B4- COMPLAINT FROM GERALD ANGYE

EXHIBIT B5 COMPLAINT FROM GUILLERMO MEJOR DELGADO

EXHIBIT B5T TRANSLATION FROM EXHIBIT B5

EXHIBIT B6 COMPLAINT FROM JOAN ANTONIO GOMEZ RIVERO

EXHIBIT B6T TRANSLATION FROM EXHIBIT B6

EXHIBIT B7 COMPLAINT FROM FEDERICO RAMIREZ RAMIREZ

EXHIBIT B7T TRANSLATION FROM EXHIBIT B7

EXHIBIT B8  COMPLAINT FROM JULIO CESAR LARA MESAZ

EXHIBIT B8T TRANSLATION FROM EXHIBIT B8

EXHIBIT B9 COMPLAINT FROM GONCALVES MIRANDA JOSE

EXHIBIT B10 COMPLAINT FROM ENRIQUE PESTANA

EXHIBIT B10T TRANSLATION FOR EXHIBIT B10

EXHIBIT B11 DETAINESS FROM ICE D1 COMPAINT

EXHIBIT B11T TRANSLATION FOR EXHIBIT B11

EXHIBIT B12 NAMES COUNTRIES ALIENS AND SIGNATURES FROM DETAINESS

EXHIBIT B12T TRANSLATION FROM EXHIBIT B12

EXHIBIT B13 COMPLAINT FROM ROGELIO BOLUFE

EXHIBIT B13 TRANSLATION FOR EXHIBIT B13

EXHIBIT B14 NOTARY PUBLIC FROM COUNTY OF TORRANCE CERTIFYING SIGNATURES

    Multi-signatory detainee complaint regarding legal mail obstruction

    Witness list with names and A-Numbers

    Complaints documenting legal mail opened or withheld

    Statements describing inability to send or receive mail

    Religious interference grievance (Unit 7B)

    Unsafe conditions / injury complaints