

**Unsigned Draft Letter Authored by Plaintiff**

I declare under penalty of perjury that the attached document is a true and accurate copy of a written statement drafted by Rogelio Bolufe Izquierdo while detained at Torrance County Detention Center.

Due to detention restrictions, lack of printing access, and obstruction of legal mail, Mr. Bolufe Izquierdo drafted this letter using a tablet application and was unable to print, sign, or mail it himself.

I translated this document from Spanish to English after receiving the text electronically.

This document reflects Mr. Bolufe Izquierdo's own words, intent, and contemporaneous account of the violations described therein, and is submitted to demonstrate notice, attempted court access, and corroboration of the claims raised in this action.

----------------------------------------

**PUBLIC LETTER AND FORMAL COMPLAINT**

(With the Character of a Pro Se Judicial Motion)

Against: Torrance County Detention Center, Torrance County, and the private company CoreCivic

Complainant: Rogelio Bolufe Izquierdo

A-Number: A 219 968 226

Date: December 21, 2025

Location: Torrance County Detention Center, New Mexico

To the public at large,

To national and international media outlets,

To civil rights organizations,

To competent state and federal authorities:

I, ROGELIO BOLUFE IZQUIERDO, identified by A-Number A 219 968 226, currently detained at the Torrance County Detention Center, hereby make public this FORMAL COMPLAINT in order to place on record serious, systematic, and ongoing violations of the United States Constitution, of due process, of religious freedom, and of the fundamental human rights of persons detained at this facility, which is operated by the private corporation CoreCivic.

This complaint is intended to inform the press, alert society, and preserve documentary and testimonial evidence for the civil, constitutional, and federal legal actions currently being prepared against Torrance County, the Torrance County Detention Center, and CoreCivic.

I. BLOCKING AND WITHHOLDING OF LEGAL MAIL

My legal mail has been blocked and is being withheld "pending authorization for delivery," allegedly under investigation.

This mail is of vital importance to my legal proceedings, including essential communications such as emergency motions, which have not been delivered to me as of today, Sunday, December 21, 2025, despite having been received by the unit since Saturday, December 13.

II. WITHHOLDING OF INCOMING AND OUTGOING LEGAL MAIL

Incoming and outgoing legal mail related to "Alcatraz of the Alligators" is being withheld.

For example, on Monday, December 15, I sent several court-related letters concerning Alcatraz to be archived and translated, in order to proceed legally in a lawsuit filed by me in a court in the State of Florida.

These letters were sent via Priority Mail (estimated delivery time: 3 days).

As of today, Sunday, December 21, 2025, this mail has not been delivered, is not even acknowledged as having been sent, and I have repeatedly requested tracking numbers without receiving any response.

III. WITHHOLDING OF HABEAS CORPUS DOCUMENTATION

My Habeas Corpus documentation is also being withheld, including a legal action against the Torrance County Detention Center itself for violations of constitutional rights (Fifth Amendment), as well as an action against the private security company CoreCivic.

This constitutes a grave due process violation, as the very entities being sued are controlling, regulating, and actively preventing legal action against themselves.

This is extremely serious.

IV. VIOLATION OF LEGAL CONFIDENTIALITY

The most recent legal correspondence delivered to me, this past Monday, was delivered already opened, in front of multiple witnesses.

Additionally, private, sensitive, and confidential information related to my asylum appeal and a Habeas Corpus motion is being withheld and reviewed by unauthorized personnel, even though only a judge and a prosecutor are legally permitted to have access to such materials, and no one else.

V. GENERAL RESTRICTION OF THE RIGHT TO DEFENSE

The entire detained population has been effectively denied the real ability to exercise legal remedies, including Habeas Corpus petitions, appeals, and motions.

In practice, detained individuals cannot appeal, cannot defend themselves, and cannot take legal action, and are instead reduced to waiting for deportation.

This violates due process, represents a collapse of the legal system, and constitutes a direct violation of the United States Constitution.

VI. ATTACK ON RELIGIOUS FREEDOM

Specific Case

Alejandro Felipe Hernández, Unit 7B, A# 241897103.

On December 17, 2025, a complaint was submitted to Maverick, Unit Supervisor, because on December 14, officers interrupted a Christian religious service.

We requested the presence of Captain Henry to address the complaint.

Upon arrival, with an aggressive attitude, he stated that if we continued with the complaint, he would separate all of us, further asserting that this was a private jail and that it did not matter what the detainee manual or detainee rights regulations stated.

This statement was made in the presence of 14 individuals.

The Detainee Manual expressly prohibits retaliation for filing complaints.

A formal complaint was therefore signed by all 14 witnesses from Unit 7B and delivered to Maverick on December 14.

Due to the lack of response, a second complaint was submitted on December 20, addressed to Melissa Ortiz, Warden.

To date, no response has been received.

## VII. NEGLIGENCE AND UNSAFE CONDITIONS

Case of Juan de Rivero

A# 071597037

On November 27, he suffered a fall due to water leakage in his housing unit and the use of extremely slippery shower sandals, resulting in serious injuries.

There are multiple complaints on record, he remains awaiting adequate medical treatment, and no response has been provided.

Case of Julio Lara

December 18, 2025 – 11:30 a.m.

Julio Lara, A# 216679332, a non-Mexican national, required emergency medical attention after nearly ingesting a sharp, pointed object, which injured his throat.

## VIII. FINAL STATEMENT

This country does not belong to Republicans or Democrats.

This country is plural and diverse, and belongs to all Americans.

The spirit of the nation is the Constitution and the thought of the Founding Fathers.

If today the Fifth Amendment, the Bill of Rights, and all other amendments are mortally wounded, then the Nation itself is likewise wounded.

By seizing, withholding, and blocking my own lawsuit before it could be filed with the court, an unavoidable question arises:

Did they serve themselves with their own lawsuit?

Who read its contents?

Who authorized something so blatantly unconstitutional?

IX. PUBLIC ACCUSATION

For all the foregoing reasons:

I publicly deem the lawsuit served, given that the authorities themselves seized, withheld, and prevented it from being delivered to the Clerk of the Court.

I PUBLICLY ACCUSE:

Violations of the United States Constitution.

Inhumane and negligent treatment of detainees.

Operating a private prison without a valid contract with Torrance County.

Kidnapping, obstruction of justice, and retaliation, including covert disciplinary punishment, such as retaliation through food deprivation or manipulation.

I formally request a technical inspection of the shower sandals, review of the internal facility logbooks, and the performance of a public and independent audit.

X. OPERATION WITHOUT A VALID CONTRACT

On October 31, 2025, the contract between the Government, Torrance County, and the private company CoreCivic expired.

Despite this, the facility continued operating normally without a valid contract, and continued receiving ICE detainees, including on December 18, 2025, when Adán Lucero, a Mexican national, A# 201585958, was admitted as part of a group of approximately 50 individuals during the final week.

XI. JUDICIAL CHARACTER OF THIS DOCUMENT

I hereby state expressly and formally that this PUBLIC LETTER AND FORMAL COMPLAINT IS NOT MERELY A COMMUNICATION TO THE PRESS, but MUST ALSO BE UNDERSTOOD AND TREATED AS A JUDICIAL MOTION, submitted pro se, against the Torrance County Detention Center, Torrance County, and the private corporation CoreCivic.

Through this filing, I request immediate judicial intervention, constitutional protection, preservation of evidence, and urgent legal remedies, in response to ongoing violations of due process, the Fifth Amendment, religious freedom, and the fundamental right of access to the courts.

This letter constitutes formal notice of grievances, pre-suit notice, and a valid judicial petition, given that the Torrance County Detention Center has obstructed my access to the courts, leaving me without any other effective legal avenue to assert my rights.



# PUBLIC LETTER

### Urgent Statement from Torrance County Detention Center

Today I write not only as a detainee, but as a human being, as a believer, and as someone who still believes — or struggles to believe — that the Constitution of the United States is not an empty piece of paper.

What is happening today in this country is not normal.

While workers are being chased in media-driven operations outside places like Home Depot, the real criminals do not work, are not regularized, and operate from offices of power.

Families are being separated.
Fear is being spread.
Psychological torture is being inflicted.
The people are being silenced and held hostage through fear.

Today, inside the Torrance County Detention Center, that reality manifested itself brutally.

While I was drafting a legal complaint, immigration officers searched my legal documents, photographed them, recorded them on video, reviewed my Habeas Corpus filings, and warned me that helping other detainees, advising them, or sharing forms **would harm me**.

I was threatened.
I was coerced.
My legal work was obstructed.
And in addition, my personal property was stolen — pens purchased legally — without notice or explanation.

The situation here is out of control.

People come to me desperate:

- "How do I make copies?"
- "How do I check my case?"
- "Can you help me with this form?"

And today I am forced to say no, under threat.

But humanly, I cannot deny help when **nothing works**.

To deny help out of fear would be to betray my principles, my faith, and my conscience.

The system has collapsed.
The Constitution has been trampled.

The Fifth Amendment is wounded.
Due process has become a fiction.

**Attention CoreCivic.**
**Attention ICE.**

Yes, I am afraid.
But I am more afraid of living in fear and acting against my principles.

David was also afraid when facing Goliath.
And yet, he still threw the stone.

If any part of this country's institutions still functions, **I will be heard.**



# FACTS OCCURRING AT TORRANCE COUNTY DETENTION CENTER – TODAY, DECEMBER 22, 2025

Today, while I was in the process of drafting this legal complaint, the following events occurred inside the Torrance County Detention Center, which I recount truthfully and in chronological order:

I was removed from the table where I had my legal documents.

Four immigration officers conducted a complete search of that table. They reviewed all documents, took photographs of absolutely everything, reviewed the envelopes and photographed them, as well as the Habeas Corpus files that were on the table. Everything was photographed and recorded.

Immigration Officer **Ulloa** stated verbatim:

**"All incoming and outgoing mail is reviewed here."**

I responded that I understood general procedures, but that **legal mail must be opened only in the presence of the detainee and may not be delivered already opened.**

The officer responded that **it is in fact delivered opened**, thereby confirming a completely illegal practice. This statement demonstrates that the situation is out of control.

I was also informed that **I cannot hold complaints from other people**, that **I cannot help anyone with their legal processes, cannot provide advice**, and **cannot distribute forms** to other detainees.

Throughout the operation:

- All my documents were reviewed
- Photographs were taken of everything
- The entire procedure was recorded on video

Taking advantage of the fact that they were recording, I demanded explanations regarding several serious issues:

I asked why the center provides detainees with **lists of attorneys that do not work**, why **postal mail does not function**, why people **cannot send or receive correspondence**, and why **judicial deadlines are expiring without detainees being able to appeal or defend themselves.**

I also asked why, instead of photographing complaints, **they do not provide responses or solve the problems.**

During this search, another serious incident occurred:

Without telling me absolutely anything, they **took the pens that were on the table**, which were placed inside a cup.

These pens were **purchased at the commissary**, I have the purchase receipt, and therefore I consider this action **theft**, especially since **I was never notified** at any point.

I was able to observe the removal **through the glass of the door** while they were taking my belongings.

Because there was **no formal notification** of what was removed, there is a real possibility that **documents, papers, or other legal materials were taken**, which is extremely serious.

All of this was recorded both by the **facility's security cameras** and by the **videos the officers themselves recorded using their official phones**, which, as work devices, **must not be edited**.

I expressly request that **these videos be preserved and used as evidence**.

## CONCLUSIONS STATED PUBLICLY BY ICE OFFICERS

The following conclusions were stated publicly by ICE officers, in front of facility witnesses and in front of their own colleagues, including:

1. **Officer Vázquez**
2. **Officer Villalobos**

They stated that:

1. **All incoming and outgoing mail may be reviewed and placed "under investigation."** This statement was recorded in the videos they themselves created, and I request those videos as evidence.
2. It was also recorded that:
    - The list of attorneys provided by the facility and the court **does not work**.
    - Postal mail **does not function**.
    - People's judicial deadlines **are expiring**.
    - All of this **violates the Fifth Amendment**.
3. They photographed and reviewed **all of my legal documents and Habeas Corpus materials**, under the explicit threat by Officer Ulloa that this was **"the first and only warning,"** that there would be no second one, and that this **"would complicate my case."**

    My response was clear:
    **"If it complicates my case, then let it complicate it."**

4. They removed without notifying me **all the pens that were on the table,** private property legally purchased at the commissary.

I consider this theft, particularly because **no notification was given.**

# CONTEXT

All of this occurs in a context in which:

- Internet access did not function during the first week of December (for example, on December 3).
- Postal mail did not function during the entire month of December.
- There are multiple documented complaints regarding legal mail.

The Detainee Handbook states that **no one should fear retaliation** — such as transfers, punishment, food manipulation, etc. — for filing complaints.

However, in practice, I have experienced **coercion, threats, obstruction, blockage of legal mail, and retaliation.**



# STATEMENT REGARDING UNSIGNED DOCUMENT AND CERTIFICATION OF TRANSLATION ACCURACY

I, **Haymel De La Vega**, hereby state as follows:

1. The attached document was **not physically signed** by the declarant because it was **sent electronically** to me through the **detention facility's tablet-based electronic messaging system**, which does not allow for physical signatures or the printing and execution of documents.
2. The document was transmitted in **Spanish** via said electronic system while the declarant was detained and lacked access to traditional mailing services, printing, or notarization.
3. I received the document **directly through the facility's electronic messaging system**, and I attest that the content reflects the declarant's statements as transmitted.
4. I personally **translated the document from Spanish into English**.
5. I **certify and affirm** that the English translation is **true, complete, and accurate** to the best of my knowledge and ability, and that it faithfully reflects the meaning and substance of the original Spanish text.
6. This statement is provided for the purpose of **authenticating the document and its translation** for use as evidence in judicial proceedings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 12/22/2025
Location: 5085 NW 7st #402 Miami FL 33126

_____
Haymel De La Vega