

15

## Cover sheet for exhibits B

EXHIBIT B1-DETAINESS FROM ICE 81

EXHIBIT B1T- TRANSLATION FOR EXHIBIT B1

EXHIBIT B2- COMPLAINT LETTER FROM ROGELIO BOLUFE

EXHIBIT B3- COMPLAINT LETTER FROM ROGELIO BOLUFE

EXHIBIT B3T- TRANSLATION FOR EXHIBIT B3

EXHIBIT B4- COMPLAINT FROM GERALD ANGYE

EXHIBIT B5 COMPLAINT FROM GUILLERMO MEJOR DELGADO

EXHIBIT B5T TRANSLATION FROM EXHIBIT B5

EXHIBIT B6 COMPLAINT FROM JOAN ANTONIO GOMEZ RIVERO

EXHIBIT B6T TRANSLATION FROM EXHIBIT B6

EXHIBIT B7 COMPLAINT FROM FEDERICO RAMIREZ RAMIREZ

EXHIBIT B7T TRANSLATION FROM EXHIBIT B7

EXHIBIT B8  COMPLAINT FROM JULIO CESAR LARA MESAZ

EXHIBIT B8T TRANSLATION FROM EXHIBIT B8

EXHIBIT B9 COMPLAINT FROM GONCALVES MIRANDA JOSE

EXHIBIT B10 COMPLAINT FROM ENRIQUE PESTANA

EXHIBIT B10T TRANSLATION FOR EXHIBIT B10

EXHIBIT B11 DETAINESS FROM ICE D1 COMPAINT

EXHIBIT B11T TRANSLATION FOR EXHIBIT B11

EXHIBIT B12 NAMES  COUNTRIES ALIENS AND SIGNATURES FROM DETAINESS

EXHIBIT B12T TRANSLATION FROM EXHIBIT B12

EXHIBIT B13 COMPLAINT FROM ROGELIO BOLUFE

EXHIBIT B13 TRANSLATION FOR EXHIBIT B13

EXHIBIT 14 NOTARY PUBLIC FROM COUNTY OF TORRANCE CERTIFYING SIGNATURES



TO MELISSA ORTIZ WARDEN

Queja No.:_____

14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | PRESOS DE ICE 8A | |
|---|---|---|
| NÚMERO: | 219968226 | VIVIENDA ASIGNADA: | 8A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?   ☐ SI   ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
|---|---|---|
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | (13. Correo) | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

No tenemos servicio de correo postal (USPS, UPS, FEDEX, DAHL) por lo que no podemos Recibir pruebas, esenciales para nuestra defensa. No podemos cumplir con los treminos legales de tiempo impuestos por la corte.

No podemos Enbiar tlempa: Apelaciones, AVEAS CORPUS, documentos en general. Esta es una violacion grabe ha nuestros derechos constitucionales y haser quinta Emienda.

**Accion requerida:** (Adjunte páginas adicionales en caso de ser necesario)

WITNESS: (20) + 1

Solucion urgente
1-) AUDRE TAYLOR            A#246142550        11.) BALLA DAURIF 066586810
2-) Mbol Regar?            A#209446119        12.) MINOUNGOU DANiel
3-) Jo Antonio Goncelva A#716662331        13.) Maurico Romey
4-) Joel Julio Lara ' A#216669332          14.) Rince Christopher
5-) Midlena Randy A#254/5947               15.) Marlin Ramirez
6-) Gujiermo a A#227425505                 16.) Lachous anglig
7-) Enrique Pestana   977004253            17.) Gerold Pragge  Lulli
8-) Reina Sergia      A#011508652          18.) Gomez Rivera Joah
9-) Federico Ramirez #206401926            19.) ARISTUREEE SAMUSSFA
10-) Arnold Avis         #                  207 Chen Shwang quan

Firma del recluso/residente: _____        Fecha presentado: 9/15/2025

Página 1 de 2

Rogelio Bolu Fc#219968226    05/22/16

*Detainees from ICE* 8.1

We do not have postal mail service (USPS, UPS, FedEx, DHL), therefore we **cannot receive essential evidence for our defense**.
We are unable to comply with court-imposed legal deadlines due to this situation.

We are unable to send, for example, **appeals, U-Visas, claims, or legal documents in general**. **This constitutes a serious violation of our constitutional rights and of the Fifth Amendment.**

**WITNESS: (20) #1**

1. **Andre Taylor** – A# **24614550**
2. **Noah Roger** – A# **209446119**
3. **Jose Antonio Goncelva** – A# **216662331**
4. **Julio Lara** – A# **216679332**
5. **Ariel Perez fernandez** – A# **25415947**
6. **Guillermo O. M.** – A# **291425505**
7. **Enrique Pestaña** – **077004253**
8. **Reinel Garcia** – A# **077508652**
9. **Federico Ramirez** – A# **206401926**
10. **Arnold Avis** – A# *(not specified)*
11. **Bilal Dauric** – **06658710**
12. **Minoungou Daniel**
13. **Mauricio Romero**
14. **Prince Christopher**
15. **Marlin Ramirez**
16. **Senkwik Lewis Kambila**
17. **Gerald anaya**– **24116**
18. **Gomez Romero, Juan**
19. **Christopher Sambissa**
20. **Chen Shuang Guang**
21. Bolufe Izquierdo – A# 219968226



Queja No.:_____                                                          14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Rogelio Bolufci' | | |
|---|---|---|---|
| NÚMERO: | 219968226 | VIVIENDA ASIGNADA: | 8 A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?  ☐ SI  ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas – educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

FORMAL COMPLAINT — LEGAL MAIL
I AM FILING THIS COMPLAINT BECAUSE MY LEGAL MAIL
HAS BEEN DELIVERED TO ME OPENED.
I WAS ALSO GIVEN BACK AN ENVELOPE i ADDRESSED TO
THE WARDEN OF TORRANCE COUNTY DETENTION AND IT WAS
ALREADY OPENED, SHOWING IT WAS NEVER MAILED AND
WAS iMPROPERLY HANDLED.
OPENING AND iNTERFERING WITH LEGAL MAIL
VIOLATES MY RIGHT TO CONFIDENTIAL LEGAL
CORRESPONDENCE

Accion requerida: (Adjunte páginas adicionales en caso de ser necesario)

WITNESS:
1-) Joan. gomez. 246.813.354.
2) Rafel Lza       216679332
3) Pere Fernando  025 418 947
4) Rainel Garcia 077508652

Firma del recluso/residente: _____          Fecha presentado: 12/A/2025

Página 1 de 2                                                        05/22/16



Queja No.:_____                                                      14-5B

| QUEJA DEL RECLUSO/RESIDENTE |

| NOMBRE COMPLETO: | Rogelio Bolvfé |
| NÚMERO: | 21996822C | VIVIENDA ASIGNADA: | 8A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?   ☐ SI   ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
|---|---|---|
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | (13. Correo) | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

ALERTA S.O.S
- Violación grave todos puestros
Derechos constitucionales
- Violación todos los derechos 5ta enmienda
- Están evitando los presos de ICE puedan
recibir documentos esenciales para sus
defensas!
están evitando puedan enviar recursos
legales como apelaciones o havens corpus

Accion requerida: (Adjunte páginas adicionales en caso de ser necesario)

Solución

Firma del recluso/residente:                    Fecha presentado: Dic/15/2025

Página 1 de 2                                                     05/22/16

Rogelio Beluofe

ALERT SOS

**ALLEGATION No. 2**

- **Serious violation of all our constitutional rights.**
- **Violation of all rights under the Fifth Amendment.**
- **They are preventing ICE detainees from receiving essential documents for their defense.**
- **They are preventing detainees from sending legal remedies**, such as **appeals or habeas corpus actions**.



Queja No.:_____                                                    14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Gerald Angye |
|---|---|
| NÚMERO: | 22 1109 019 VIVIENDA ASIGNADA: | 8-A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?  ☒ SI  ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
|---|---|---|
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información pertenecente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

I Gerald Angye ICE detainee who has been detained in CoreCivic since February 2025. Has been facing difficulties with sending or receiving legal mails through the facility management. It is about 18 days since the mail lady stop checking or bringing legal mails to the facility, this is actividia transtracting since most of ICE detainees ae Jdepending legal document to send to the Immigration Courts and the board of immigration appeal which also has a time limit of submission which is 30 days. If my legal document get to the Board of immigration late. CoreCivic will be responsible I lost my asylum case because of lack of law library in Jun 2025 all I believe now is that CoreCivic is acting willfully to keep immigrant in detention.

Accion requerida: (Adjunte páginas adicionales en caso de ser necesario)

I demand quick action because this act of the management is abused to right of due process to immigrant of their right to Immigration procedure in the U.S.A. If they don't have the capacity to function all immigration should be release!!!.

Firma del recluso/residente: _____     Fecha presentado: 12/15/2025

Página 1 de 2                                                    05/22/16





**Queja No.:** _____

14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| **NOMBRE COMPLETO:** | Guillermo mejor Delgado | | |
|---|---|---|---|
| **NÚMERO:** | | **VIVIENDA ASIGNADA:** | 210/8A |

**RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?** ☐ SI ☐ NO

### CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

no podemos Resibir ni enbiar documentoS
el coreo postal no funsiona

**Accion requerida:** (Adjunte páginas adicionales en caso de ser necesario)

Solusion del sentel

**Firma del recluso/residente:** _____ **Fecha presentado:** _____

Página 1 de 2

05/22/16





FROM GUILLERMO MEJOR DELGADO

**We cannot receive or send documents.**
**The postal mail is not functioning.**



Queja No.:_____                                                                                 **14-5B**

| QUEJA DEL RECLUSO/RESIDENTE | | |
|---|---|---|

| NOMBRE COMPLETO: | Joan Antonio Gómez Rivero | |
|---|---|---|
| NÚMERO: | 246313354 | **VIVIENDA ASIGNADA:** B AIFA . |

**RESOLUCIÓN INFORMAL ADJUNTADA** (No requerida para una queja de emergencia)?   ☐ SI   ☐ NO

**CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):**

| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
|---|---|---|
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | (13. Correo) | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

No podemos Enviar ni recibir documentos
El Correo postal no funciona.

**Acción requerida:** (Adjunte páginas adicionales en caso de ser necesario)

Solución urgente

Firma del recluso/residente: Gómez Rivero .    Fecha presentado: 15 Dic 2025 .

Página 1 de 2                                                                                 05/22/16





FROM JOAN ANTONIO GOMEZ RIVERO

**We cannot send or receive documents.**
**The postal mail is not functioning.**

Queja No.:_____

14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Federico Ramirez Ramirez | |
|---|---|---|
| NÚMERO: | | VIVIENDA ASIGNADA: 202 /8A |

**RESOLUCIÓN INFORMAL ADJUNTADA** (No requerida para una queja de emergencia)?  ☐ SI  ☐ NO

**CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):**

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información pertenciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

Buenas noche tengan les queremos recordar respecto al cervicio del correo necesitamos recivir documentos y mandar ES pero nos entiendan nuestra necesidad.

**Accion requerida:** (Adjunte páginas adicionales en caso de ser necesario)

Firma del recluso/residente: _Federico Ramirez_   Fecha presentado: _12/15/2025_

05/22/16





**FROM FEDERICO RAMIREZ RAMIREZ**

Good evening. Once again, we want to respectfully request that the mail service be restored.
We need to receive and send documents.
We ask that you please understand our need.

Queja No.:_____                                                    14-5B

| QUEJA DEL RECLUSO/RESIDENTE | |
|---|---|

| NOMBRE COMPLETO: | Julio Cesar Lara Meraz | | |
|---|---|---|---|
| NÚMERO: | | VIVIENDA ASIGNADA: | 205 / 8A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?  ☐ SI  ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
|---|---|---|
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. (Correo) | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información pertenecente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

Buenas Noches Disculpe lamolestia pero No
Es justo que no tengamos cervicio de correo te ne
mos que imandar docimentos y recivir para el proceso
que esta mos pasando des graciada mente A nosotros
Nos ponem plaso ti fecha, para Entregra los docimentos
necesitamos los cervicios que nos dan no pala mas
Tenemos familia y gual que Ustedes somos Esposos
Y padres Gracias y que Dios Los Bendiga Amen

Acción requerida: (Adjunte páginas adicionales en caso de ser necesario)

Firma del recluso/residente: _____    Fecha presentado: 12/15/2025

Página 1 de 2                                                           05/22/16



FROM JULIO CESAR LARA

Good evening. Please excuse the inconvenience, but it is not fair that we do not have mail service.

We have to send documents and receive them for our legal cases, which is very important.

We are under deadlines and dates to submit the documents we need.

The services that you provide do not fail us.

Please understand that we have families, and that many of us are husbands and fathers.

Thank you, and may God bless you. Amen.



Queja No.:_____                                                    14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Gonzalvs Miranda Jose | | |
|---|---|---|---|
| NÚMERO: | 216662331 | VIVIENDA ASIGNADA: | 8A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?  ☐ SI  ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaria | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas – educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

Since last week, We have some problem to email out our evidences or Pertenences outside, we already talk to captain and the cams because it is going like this problem soon, people wants to appeal their case outside but they have to much problem to send it. We just want them to help us with this problem because if the evidences arrive after 30 days, they dont accept that and they gonna deportus.

Thank you.

12/15/2025



Accion requerida: (Adjunte páginas adicionales en caso de ser necesario)

Firma del recluso/residente: 12/15/2025              Fecha presentado: 12/15/2025

Página 1 de 2                                                    05/22/16



Queja No.:_____            14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Enrique Pestana | | |
|---|---|---|---|
| NÚMERO: | 077004253 | VIVIENDA ASIGNADA: | |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?   ☐ SI   ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

QUEJA AL ESTADO: (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

El correo no esta funcionando.
No se puede enviar ni resivir correspondencia juridi-
ca ni personal.

Accion requerida: (Adjunte páginas adicionales en caso de ser necesario)

Firma del recluso/residente: _Enrique_       Fecha presentado: 16/12/25

Página 1 de 2                                05/22/16





**FROM ENRIQUE PESTANA**

The mail is not functioning.
It is not possible to send or receive legal or personal correspondence.



Queja No.:_____                                          14-5B

| QUEJA DEL RECLUSO/RESIDENTE |
|---|

| NOMBRE COMPLETO: | PRESOS ICE D-1 |
|---|---|
| NÚMERO: | 2/996222C | **VIVIENDA ASIGNADA:** | 1D |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?   ☐ SI   ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

1-) El 31 de OCTUBRE D'2025 VENCIÓ El CONTRATO ENTRE El GOBIERN (ICE) Y lA EMPRESA SEGURIDAD PRIVADA QUE NOS TIENE PRESO (CONE-CIVIC)

2-) Al ESTAR VENCIDO El CONTRATO CON El GOBIERNO CONSIDERAMOS ESTAMOS SECUESTRADOS POR UNA EMPRESA PRIVADA

3-) ESTOS JUECES TIENEN JURISDICCIÓN SOBRE NOSOTROS?

4-) SE HAP VIOLADO TODOS NUESTROS DERECHOS CONSTITUCIONALES, lA 5TA ENMIENDA Y El DERECHO (QUA) DAD ANTE lA lEY, PRESOS SIN COMETER DELITO

**Acción requerida:** (Adjunte páginas adicionales en caso de ser necesario)

Firma del recluso/residente: _____      Fecha presentado: 12/9/2025

Página 1 de 2                                              05/22/16





**FULL NAME:**

**ICE D1 Detainees**

**NUMBER:**

**219968226**

**ASSIGNED HOUSING:**

**D1**

---

**INFORMAL RESOLUTION ATTACHED**

(Not required for an emergency grievance)
☐ YES    ☐ NO

---

**GRIEVANCE CATEGORY (CIRCLE ONE OPTION):**

1. Facility staff
2. **Access to legal materials**
3. Denial of access to informal resolution / grievance process
4. Retaliation for use of informal resolution / grievance process
5. Security
6. Sanitary services
7. Medical services
8. Dental services
9. Mental health services
10. Trust account
11. Commissary
12. Food service
13. **Mail**
14. Consumption
15. Housing
16. Laundry
17. Recreation
18. Visitation
19. Programs – education, work, religious, etc.



Nambre          PAIS        A#          Firma

~~Fabo Peteron~~          México

Juan Lamos Aguilar   MEXICO  2400 79565
José Luis Segura V.  MEXICO  07853758
Sergio Martin Ramirez    #216389991
ERBYN. Aguilar.Lima.   Nica.   220456653
Cristobal Dominguez  Mexico   221284139
Oscar m calderon  Rep Don  215-253-903
EDMOUNSON CASSEUS   244095684
Samon Jean Wisner    234993228
Elkin Alvarenga   Honduras  203877881
Jose Luis Gutierrez U  Mexico  177786489
Fewin Hance    Colombia  #21490347s
Josca Aburto valencia
Abelo Bertrav   H   244139366
Rogelio Bolaños   219968226



NAMES, COUNTRY, ALIEN NUMBERS, SIGNATURES

**Juan Lomas Aguilar** – Mexico – **240079565**

**José Luis Segura V.** – Mexico – **078553958**

**Sergio Martín Ramírez** – **A# 216389991**

**Erbyn Aguilar Cudin** – Nicaragua – **220456653**

**Cristobal Domínguez** – Mexico – **221284139**

**Oscar Maldonado** – Dominican Republic – **205-253-923**

**Edmonson Cassens** – **244095684**

**Sanon Jean Wisner** – **234993428**

**Elkin Alvarenga** – Honduras – **203811881**

**José Luis Gutierrez U.** – Mexico – **122286489**

**Kevin Herrera** – Colombia – **A# 219903475**

**José Aburto Valencia** – *(number not specified)*

**Abelo Bertrán** – **H# 244139366**

**Rogelio Bolufe Izquierdo** – cuba **A# 219968226**

Queja No.:_____

14-5B

## QUEJA DEL RECLUSO/RESIDENTE

| NOMBRE COMPLETO: | Rogelio Balufe | |
|---|---|---|
| NÚMERO: | 2/9968226 | **VIVIENDA ASIGNADA:** 8A |

RESOLUCIÓN INFORMAL ADJUNTADA (No requerida para una queja de emergencia)?  ☐ SI  ☐ NO

CATEGORÍA DE QUEJA (MARCAR UNA OPCIÓN CON UN CÍRCULO):

| | | |
|---|---|---|
| 1. Personal del establecimiento | 8. Servicios dentales | 15. Vivienda |
| 2. Acceso a materiales legales | 9. Servicios de salud mental | 16. Lavandería |
| 3. Acceso denegado a resolución informal/proceso de queja | 10. Cuenta fiduciaria | 17. Recreación |
| 4. Represalia por uso de resolución informal/proceso de queja | 11. Comisaría | 18. Visita |
| 5. Seguridad | 12. Servicio de comida | 19. Programas - educación, trabajo, religioso etc. |
| 6. Servicios sanitarios | 13. Correo | 20. Violaciones de normas federales o estatales, leyes, decisiones judiciales (es decir ADA o derechos constitucionales) |
| 7. Servicios médicos | 14. Consumo | 21. Otra |

**QUEJA AL ESTADO:** (incluya documentación, testigos, fecha del incidente y otra información perteneciente al asunto de la queja. Adjunte páginas adicionales en caso de ser necesario).

En el día de ayer me fue entregada la mitad de mi correo legal, es decir la mitad de incluida una moción de emergencia por lo cual yo no puedo enviar mi correo legal ni revisarlo, dicho correo me fue entregado abierto, necesito con urgencia me sea entregada la otra mitad de mi correo.

**Accion requerida:** (Adjunte páginas adicionales en caso de ser necesario)

Solucionar el grave problema general con el correo postal y que me sea ~~entreg~~ entreguen un documento "Hago constar" de la dilación con mi correo para entregarlo al Juez!!

Firma del recluso/residente: _____        Fecha presentado: 2/17/2025

Página 1 de 2                                                          05/22/16



**From Rogelio bolufe Izquierdo**

**On this date, I was given half of my legal mail, specifically half of an envelope containing an emergency motion.**
**As a result, I am unable to send my legal mail for review.**
**That legal mail was delivered to me already opened.**
**I urgently need the other half of my mail to be delivered to me.**


**Resolve the serious, general problem with the postal mail and ensure that I am provided with a document certifying and recording the violation committed by this facility regarding the delivery of legal mail.**
**To be submitted to the Judge.**



B14

STATE OF NEW MEXICO )
                     ) cc
COUNTY OF TORRANCE )

The following instrument was acknowledged before
me this 16th day of December , 20 25
By Rogelio Boiuff .



Notary Public

10|25|2029

My Commission
Expires

(seal)

FAYE NIESEN
Notary Public - State of New Mexico
Commission # 3123105
My Comm. Expires Oct 25, 2029