33901   $33.40
RDC 07   S2324H503039-33

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006    EP13F October 2023
OD: 12 1/2 x 9 1/2



UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( )

Haymel De la Vega
5085 NW 7 st # 402
Miami FL 33126

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)    PHONE ( )

Clerk of Courts
US District Court
Middle District of Florida
2110 First Street
Fort Myers FL 33901

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER



ER 250 813 113 US

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 33152
Scheduled Delivery Date (MM/DD/YY): —
Postage: $33.40
Date Accepted (MM/DD/YY): 12/22/25
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 33.40
Weight: lbs ozs.  ☐ Flat Rate
Acceptance Employee Initials: JC

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996







UNITED STATES POSTAL SERVICE®



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



T RATE ENVELOPE

■ ANY WEIGHT

le free Package Pickup,
an the QR code.



S.COM/PICKUP

JS AT USPS.COM®
REE SUPPLIES ONLINE



10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

DEC 29 2025 AM11:49
RDUD - USDC - FLMD - FTM

**GUARANTEED* ▪ TRACKED ▪ INSURED**