

# EMERGENCY MOTION FOR TRO & PRELIMINARY INJUNCTION

## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

**ROGELIO BOLUFE IZQUIERDO,**
by and through his Next Friend,
**HAYMEL DE LA VEGA,**
Plaintiff,

v.

**CORECIVIC, INC., et al.,**
Defendants.

---

**\*\*EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

AND PRELIMINARY INJUNCTION\*\***

Plaintiff respectfully moves for immediate injunctive relief pursuant to **Fed. R. Civ. P. 65**, and states:

---

## I. EMERGENCY NATURE OF RELIEF

1. Defendants are **actively obstructing Plaintiff's legal mail**, including:
   - withholding habeas materials,
   - blocking court filings,
   - opening confidential legal correspondence.
2. These actions are **ongoing, systemic,** and **irreparable** absent immediate court intervention.

---

## II. LIKELIHOOD OF SUCCESS ON THE MERITS

3. Plaintiff has demonstrated substantial likelihood of success on claims for:
   - o denial of access to courts (First & Fifth Amendments),
   - o interference with legal mail,
   - o retaliation,
   - o religious interference,
   - o due process violations.
4. Federal courts consistently hold that **intentional interference with legal mail** violates constitutional rights.

---

# III. IRREPARABLE HARM

5. Loss of access to courts **cannot be remedied by damages** alone.
6. Plaintiff faces:
   - o missed deadlines,
   - o compromised confidentiality,
   - o inability to pursue habeas or civil relief.

---

# IV. BALANCE OF EQUITIES

7. The requested relief merely requires Defendants to:
   - o follow existing constitutional law,
   - o deliver legal mail,
   - o cease retaliation.
8. Defendants suffer **no legitimate hardship** by compliance.

---

# V. PUBLIC INTEREST

9. The public has a strong interest in:
   - o constitutional compliance,
   - o access to courts,
   - o lawful detention practices.

---

# VI. REQUESTED INJUNCTIVE RELIEF

Plaintiff respectfully requests the Court to order Defendants to:

A. Immediately **cease withholding, delaying, or opening legal mail**;
B. Deliver all pending legal correspondence within **24 hours**;
C. Provide **written certification** of legal mail handling;
D. Prohibit **retaliation** against Plaintiff or witnesses;
E. Preserve all evidence (mail logs, videos, policies);
F. Set a prompt **preliminary injunction hearing**.

# VII. NO BOND REQUIRED

10. Plaintiff is indigent and detained; no bond should be required.

Respectfully submitted,

**HAYMEL DE LA VEGA**
Next Friend for Rogelio Bolufe Izquierdo
Date: ___12-22_, 2025